717 A.2d 1024

**Edward J. GRABOWSKI, an individual**

**v.**

**Matthew R. QUIGLEY, M.D., Julian E. Bailes, M.D., Joseph C. Maroon, M.D. and Allegheny General Hospital, Appellants.**

Supreme Court of Pennsylvania.

Argued Sept. 16, 1998.

Decided Oct. 8, 1998.

Robert W. Murdoch, Melloney J. Douce and Katherine L. Simpson, Pittsburgh, for Dr. Quigley, Bailes & Maroon.

Thomas M. Fallert, Pittsburgh, for Allegheny General Hospital.

Laurel B. Diznoff, Indiana, for Edward J. Grabowski.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CAPPY, J., dissents.